**Nathan G. Wagner**
WAGNER & LYONS, PLLC
1821 South Avenue West, Suite 501
Missoula, Montana 59801
Telephone:  406-226-2552
Facsimile:   406-226-2553
E-Mail:        nate@swl.legal; mail@swl.legal

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| JUSTIN KRASKE,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA DEPARTMENT OF PUBLIC SERVICE REGULATION; MONTANA PUBLIC SERVICE COMMISSION; COMMISSIONERS ROBERT LAKE, BRAD JOHNSON, TONY O'DONNELL, RANDALL PINOCCI; ROGER KOOPMAN; JAMES BROWN, and JENNIFER FIELDER, individual and official capacities; MANDI HINMAN, individual and official capacity; DREW ZINECKER, individual and official capacity; and DOES I-X, individual and official capacities,<br><br>Defendants. | Cause No. 6:21-cv-00096-SEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Justin Kraske gives notice of voluntary dismissal of his claims under

Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.

1

DATED this 12th day of April, 2022.

                WAGNER & LYONS, PLLC

                By: /s/ Nathan G. Wagner
                      Nathan G. Wagner
                      *Attorney for Plaintiff*